UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x
                                      :
UNITED STATES OF AMERICA              :    **INDICTMENT**
                                      :
           - v. -                     :    20 Cr. 577  (___)
                                      :
DAVID KAUFMAN,                        :
    a/k/a "David Khalifa,"            :
    a/k/a "John Morray,"              :
    a/k/a "Big Man,"                  :
                                      :
           Defendant.                 :
                                      :
- - - - - - - - - - - - - - - - - - -x

## COUNT ONE

(Transmitting Threatening Interstate Communications)

The Grand Jury charges:

1. On or about June 29, 2020, in the Southern District of New York and elsewhere, DAVID KAUFMAN, a/k/a "David Khalifa," a/k/a "John Morray," a/k/a "Big Man," the defendant, knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit, KAUFMAN sent an image by cellphone to an individual ("Victim-2") of a woman who appears to have been murdered by a self-proclaimed "Incel" or an "Involuntary Celibate," which is an individual who adheres to a violent and misogynist ideology of male, white supremacy and entitlement to sex with women, with the following message about Victim-2's girlfriend ("Victim-1"):  "This is what happened when a woman said 'no' to Elliot Rodger . . . . Hopefully

[Victim-1's First Name] never said no to someone just like Elliot Rodger."

(Title 18, United States Code, Sections 875(c) and 2.)

## COUNT TWO

### (Stalking)

The Grand Jury further charges:

2. From at least in or about October 2019, up to and including in or about August 2020, in the Southern District of New York and elsewhere, DAVID KAUFMAN, a/k/a "David Khalifa," a/k/a "John Morray," a/k/a "Big Man," the defendant, with the intent to kill, injure, harass, intimidate, and place under surveillance with intent to kill, injure, harass, and intimidate another person, used the mail, interactive computer services and electronic communication services and electronic communication systems of interstate commerce, and other facilities of interstate and foreign commerce to engage in a course of conduct that (a) placed that person in reasonable fear of the death of and serious bodily injury to that person and to that person's family member or intimate partner, and (b) caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person, in violation of a temporary or permanent civil or criminal injunction, restraining order, no-contact order, or other order described in 18 U.S.C. § 2266, to wit, KAUFMAN used a

cellphone and social media accounts to send Victim-1, Victim-2, and others violent and threatening messages, and, after an order of protection was issued on or about July 14, 2020, KAUFMAN contacted Victim-1, conducted online surveillance of Victim-1's residence, and researched how to illegally purchase a gun and assemble a semi-automatic rifle.

(Title 18, United States Code, Sections 2261A(2)(A), 2261A(2)(B), 2261(b)(6), 2266, and 2.)

## FORFEITURE ALLEGATION

3. As a result of committing the offense alleged in Count One of this Indictment, DAVID KAUFMAN, a/k/a "David Khalifa," a/k/a "John Morray," a/k/a "Big Man," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Assets Provision

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

3

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 18, United States Code, Section 981;
   Title 21, United States Code, Section 853; and
    Title 28, United States Code, Section 2461.)

_____
Foreperson

_____
AUDREY STRAUSS
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DAVID KAUFMAN,
a/k/a "David Khalifa,"
a/k/a "John Morray,"
a/k/a "Big Man,"

Defendant.

INDICTMENT

20 Cr. _____ (\_\_\_\_)

(18 U.S.C. §§ 875, 2261A(2)(A),
2261A(2)(B), 2261(b)(6), 2266, and 2.)

AUDREY STRAUSS
Acting United States Attorney.

A TRUE BILL

Foreperson.