

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 11, 2020

**BY ECF**

The Honorable Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. David Kaufman*, 20 Cr. 577 (NSR)

Dear Judge Román:

    The Government respectfully writes to request that the Court enter the enclosed proposed protective order governing the disclosure of discovery materials in the above-referenced case. Counsel for the defendant has consented to the enclosed proposed protective order.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney
    Southern District of New York

By:  /s/
    Jane Kim
    Assistant United States Attorney
    (212) 637-2038

Cc:    Defense Counsel (by ECF)

Enclosure