

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 23, 2020

**BY ECF**
The Honorable Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    United States v. David Kaufman, 20 Cr. 577 (UA)

Dear Judge Román:

    The defendant, David Kaufman, was arraigned in this matter on November 10, 2020, before Magistrate Judge Andrew E. Krause. At the arraignment, Judge Krause excluded time under the Speedy Trial Act between November 10 and November 24, 2020. Due to current COVID-19 scheduling protocols, an initial conference is scheduled to take place on either November 30, 2020, or December 4, 2020, the date of which is currently pending approval by the Clerk's Office.

    With the defense's consent, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 1361(h)(7), from November 24, 2020, through December 4, 2020. The Government began producing discovery in this matter on November 18, 2020, and the parties are engaged in discussions regarding a potential pretrial disposition for the case. The exclusion of time is thus in the interests of justice because it will allow the defense to review discovery, the Government to continue producing discovery, and the parties to discuss a potential pretrial disposition for the case. In addition, the Court's current scheduling protocols are for the benefit of the public's health and safety. A proposed order is attached.

                                Respectfully submitted,

                                AUDREY STRAUSS
                                Acting United States Attorney

              By:    /s/
                      Jane Kim
                      Assistant United States Attorney
                      (212) 637-2038

cc:    Michael Burke, Esq. (by Email)