```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :
      - v. -                        :    ORDER
DAVID KAUFMAN,                      :    20 Cr. 577 (NSR)
    a/k/a "David Khalifa,"
    a/k/a "John Morray,"            :
    a/k/a "Big Man,"                :
                  Defendant.        :
- - - - - - - - - - - - - - - - - x
```

Upon the application of the Government, by and through Assistant United States Attorney Jane Kim, and with the consent of DAVID KAUFMAN, a/k/a "David Khalifa," a/k/a "John Morray," a/k/a "Big Man," the defendant, by and through his counsel, Michael Burke, Esq., it is hereby ORDERED that the time between March 31, 2021, and May 20, 2021, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the defense to review discovery and the parties to discuss a potential pretrial disposition.

Dated:   White Plains, New York    SO ORDERED.
         March 31, 2021

_____
NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2021