AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cr-577 |
| David Kaufman | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David Kaufman

Date: 02/10/2022

*Michael K. Burke*
*Attorney's signature*

Michael K. Burke (7554)
*Printed name and bar number*

Hodges Walsh & Burke, LLP
55 Church Street
Suite 211
White Plains, New York 10601
*Address*

mburke@hwb-lawfirm.com
*E-mail address*

(914) 385-6000
*Telephone number*

(914) 385-6060
*FAX number*