

**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601
___

(914) 385-6000
FAX (914) 385-6060
www.hwm-law.com

Michael K. Burke, Partner
Direct Email: mburke@hwb-lawfirm.com

March 8, 2022

**VIA ECF**
Hon. Nelson S. Román, U.S.D.J.
U.S.D.C., S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601
Gina_Sicora@nysd.uscourts.gov

                          RE:      U.S v. Kaufman, David
                                       Case No. 20-cr-577

Dear Judge Roman:

      Please be advised that upon consent of counsel and the Court, the sentencing date of March 16, 2022 has been adjourned to April 14, 2022 at 11:45 am with an alternate time of 2:00 pm (on the same day).

      Thank you for your kind attention to this matter.

                                                  Very truly yours,

                                                   *Michael K. Burke*
                                                   Michael K. Burke

MKB/sg

Cc:     Jane Kim, Esq.
         Assistant United States Attorney