

**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601
———
(914) 385-6000
FAX (914) 385-6060
www.hwm-law.com

Michael K. Burke, Partner
Direct Email: mburke@hwb-lawfirm.com

March 8, 2022

**VIA ECF**
Hon. Nelson S. Román, U.S.D.J.
U.S.D.C., S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601
Gina_Sicora@nysd.uscourts.gov

                                  RE:     U.S v. Kaufman, David

Dear Judge Roman:

       I represent David Kaufman in the above referenced matter scheduled for sentencing on March 16, 2022. I am respectfully requesting that the sentencing hearing be adjourned to April 14, 2022 at 11:45 am with an alternate time of 2:00 pm (on the same day). The reason for the request is that I am awaiting additional documentation that I would like to include and reference at sentencing. I have spoken with Assistant United States Attorney Jane Kim and she has no objection to this request.

       Thank you for your kind attention to this matter.

                                  Very truly yours,

                                  *Michael K. Burke*
                                  Michael K. Burke

MKB/sg

Cc:     Jane Kim, Esq.
           Assistant United States Attorney