

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 7, 2022

**BY ECF**
The Honorable Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    United States v. David Kaufman, 20 Cr. 577 (NSR)

Dear Judge Román:

    The defendant is scheduled to be sentenced next Thursday, April 14, 2022, at 11:45 a.m., with an alternate time of 2:00 p.m. The defendant submitted his sentencing submission (with eight exhibits) by email and under seal last night, and the Government understands that he plans to publicly file a redacted version of his submission on ECF today. In light of the timing of the defendant's submission, the Government respectfully requests until Monday, April 11, 2022, to file its sentencing submission. The additional time will allow the Government to fully consider and respond to the defendant's arguments. Defense counsel consents to this request.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By:    /s/_____
    Jane Kim
    Assistant United States Attorney
    (212) 637-2038

cc:    Michael Burke, Esq. (by ECF)