Exhibit A

stepping stones
at union child day care center, inc.

30 Manhattan Avenue - Greenburgh, White Plains, N.Y. 10607
Telephone 914-761-6134
FAX 914-761-5461

PSYCHOLOGICAL EVALUATION

Name of the Child: David Kaufmann
Date of Birth: [redacted]
Date of Evaluation: 10/2/96
Chronological Age: 2 years 7 months

David was seen for psychological assessment as he is in the process of transitioning from receiving service through the Early Intervention program to that of his Committee on Preschool Special Education.

[redacted]

[REDACTED] - David Kaufmann

 - David Kaufmann

MARY ELLEN HERZOG, M.S.
3117 Uncas Street
Mohegan Lake, New York 10547
(914) 528-5146
License #073461724

EDUCATIONAL EVALUATION AND BEHAVIORAL PROGRAM OBSERVATION

Child: David Kaufman
DOB:
DOE: 10/10/96
CA: 2 years 7 months 11 days



[page content redacted]

Mary Ellen Herzog, M.S.
Special Education Teacher

PRIVILEGED & CONFIDENTIAL INFORMATION
FOR PROFESSIONAL USE ONLY ! ! ! ! !

St. Agnes Hospital
CHILDREN'S REHABILITATION CENTER

PSYCHOLOGICAL EVALUATION

DAVID KAUFMAN
Date of Birth:

Date of Assessment: 4/30/96
C.A.: 26 months



DAVID KAUFMAN
DOB:

DOE: 4/30/96
Page 2

PSYCHOLOGICAL
EVALUATION

DAVID KAUFMAN
[redacted]

DOE: 4/30/96
Page 3

PSYCHOLOGICAL
EVALUATION

[redacted]

DAVID KAUFMAN
[redacted]

DOE: 4/30/96
Page 4

PSYCHOLOGICAL
EVALUATION

[redacted]