Exhibit B

Name: David Kaufman IBR#: 6097 ████████ DOE: 12/1/97 Gender: Male

## FOLLOW-UP BEHAVIORAL EVALUATION

METHODS OF EVALUATION



Institute for Basic Research
George A. Jervis Clinic
1050 Forest Hill Rd.
Staten Island, NY 10314

Confidential and Privileged
Information
For Professional Use Only

Name: David Kaufman IBR#: 6097 ███████  DOE: **12/1/97** Gender: Male

Institute for Basic Research
George A. Jervis Clinic
1050 Forest Hill Rd.
Staten Island, NY 10314

Confidential and Privileged
Information
For Professional Use Only

Name: David Kaufman IBR#: 6097 ███████████ DOE: 12/1/97 Gender: Male

DIAGNOSTIC IMPRESSIONS

███████████████████████████████████████████

Ira L. Cohen, Ph.D.
Head, Division of Behavioral
Assessment and Research

12/23/97

Institute for Basic Research
George A. Jervis Clinic
1050 Forest Hill Rd,
Staten Island, NY 10314

Confidential and Privileged
Information
For Professional Use Only

Name: David Kaufman IBR#: 6097 ████████ DOE: 10/18/96 Gender: Male

## BEHAVIORAL EVALUATION

Institute for Basic Research
George A. Jervis Clinic
1050 Forest Hill Rd,
Staten Island, NY 10314

Confidential and Privileged
Information
For Professional Use Only

1

Name: David Kaufman IBR#: 6097 ███████ DOE: 10/18/96 Gender: Male

Institute for Basic Research
George A. Jervis Clinic
1050 Forest Hill Rd.
Staten Island, NY 10314

Confidential and Privileged
Information
For Professional Use Only

HENDRICK HUDSON SCHOOL DISTRICT
Office of Special Education
61 Trolley Road
Montrose, NY 10548
(914) 736-5501
Fax (914) 736-5232

COMMITTEE DECISION FOR SPECIAL EDUCATION

July 22, 1999

Mr. & Mrs. Aron Kaufman



*Hendrick Hudson School District*
*Office of Special Education*
*7 Furnace Woods Road*
*Cortlandt Manor, NY 10567*
*914 736-5500*

Education Program



*Individualized Education Program (v1)*    *David Kaufman*    *page 3 of 6*



