Exhibit C

# David M. Brody, M.D.

57 Fuller Road, Briarcliff Manor, NY 10510 . 914-762-4440 . Fax 914-762-8657

Oct. 18, 2020

Michael K. Burke, Esq.
Fax: 845-639-7719

Re: David Kaufman
DOB:



Sincerely,

David M. Brody, MD
Diplomate of the American Board of Psychiatry and Neurology