Exhibit D



Alexander Sasha Bardey, M.D., PLLC
Kate Termini, Psy.D.

March 30, 2021

Michael K. Burke, Esq.
Hodge Walsh & Burke, LLP
55 Church Street, suite 211
White Plains, NY 10601

RE: David Kaufman

To Mr. Burke,



303 FIFTH AVENUE, SUITE 403, NEW YORK, NY 10016
Telephone: (212) 532-2119 Fax: (212) 532-2219 E-Mail: drtermini@fifthavenueforensics.com



Respectfully submitted,

Kate Termini, Psy.D.
Licensed Clinical Psychologist
Adjunct Faculty, Department of Psychiatry,
Albert Einstein College of Medicine