Exhibit E

# PSYCHODIAGNOSTIC SERVICES

481 Main Street, Suite 201, New Rochelle, NY 10801 • Tel. (347) 203-4317 • Fax: (914) 813-1159
• Email: rdk2@optonline.net

Richard D. Kessler, M.A., Ph.D. (Cand.), L.M.H.C., CASAC/T

March 25, 2022

Michael K. Burke, Esq.
Hodges, Walsh & Burke, LLP
Attorney at Law
55 Church Street – Suite 211
White Plains, New York 10601

    RE:  Mr. David Kaufman



-2-



Very truly yours,

Richard D. Kessler, M.A., Ph.D. (Cand.), L.M.H.C., CASAC/T
Psychodiagnostic Services
NYS License: 00-1948

RDK:go