Exhibit F

**Brenda Cruz**

ex. E.

From: Michael K. Burke
Sent: Tuesday, April 5, 2022 5:00 PM
To: Brenda Cruz
Subject: FW: David Kaufman

From: Amy Schell <aschell@Wellpath.us>
Sent: Monday, September 27, 2021 12:31 PM
To: Michael K. Burke <mburke@hwb-lawfirm.com>
Subject: Re: David Kaufman

Hi Mr. Burke,



Please advise.

Thank you.

# wellpath

Amy Schell, LMHC

Mental Health Professional

Westchester County Department of Correction

Ph: (914) 231-1110

1

Fax: (914) 231-1203

Wellpath.us

**From:** Amy Schell
**Sent:** Thursday, September 23, 2021 3:09:34 PM
**To:** Michael K. Burke
**Subject:** Re: David Kaufman

Hi Mr. Burke,

[redacted]

Best,

# wellpath

Amy Schell, LMHC

Mental Health Professional

Westchester County Department of Correction

Ph: (914) 231-1110

Fax: (914) 231-1203

Wellpath.us

**From:** Amy Schell
**Sent:** Monday, September 20, 2021 8:31:25 AM

2