Exhibit G

*Town of Cortlandt COURT*: COUNTY OF WESTCHESTER

-------------------------------------------------------------------x

THE PEOPLE OF THE STATE OF NEW YORK:

        *-against-*               :     <u>Docket No.</u>

                       :     (Hon.  Kimberly E. Ragazzo)

    *David Kaufman*               :

                       :

                       :

                Defendant      :

-------------------------------------------------------------------x

# <u>MITIGATION MEMORANDUM</u>

                            Respectfully Submitted,

                            Matthew Montana, *Esq.*

                            Attorney for Defendant

BY: Ronald McGregor, LCSW

      Psychotherapist

DATE:  October 14, 2020

October14, 2020



2





