Exhibit H

STATE OF NEW YORK  
LOCAL CRIMINAL COURT

COUNTY OF Westchester  
Town of Cortlandt

INFORMATION

THE PEOPLE OF THE STATE OF NEW YORK  
-VS-  
David Kaufman

### ACCUSATION
BE IT KNOWN THAT, by this INFORMATION, Investigator Andrew Palladino, as the Complainant herein stationed at NYSP - Cortlandt, accuses the above mentioned defendant, with having committed the Misdemeanor of Aggravated Harassment 2nd in violation of 240.30/01A of the Penal Law of the State of New York.

### FACTS
That on or about June 29 2020, at approximately 6:37 PM, at 2306 Maple Avenue, Town of Cortlandt, County of Westchester, State of New York, the above listed defendant, did intentionally, knowingly and unlawfully commit the Misdemeanor of Aggravated Harassment 2nd.

A person is guilty of aggravated harassment in the second degree when, with intent to harass, annoy, threaten or alarm another person, he or she:1. Either(a) Causes a communication to be initiated anonymously or otherwise, by telephone, by computer or any other electronic means, or by mail, or by transmitting or delivering any other form of communication, a threat to cause physical harm to, or unlawful harm to property of, such person, a member of such person's same family or household as defined in subdivision one of section 530.11 of the criminal procedure law, and the actor knows or reasonably should know that such communication will cause such person to reasonably fear harm to such person's physical safety or property, or to the physical safety or property of a member of such person's same family or household. Aggravated harassment in the second degree is a class A misdemeanor.

TO WIT: On the aforementioned date, approximate time and location, the said Defendant did intentionally, knowingly and unlawfully author text messages that caused alarm to the victim by insinuating that the victim's girlfriend, would be killed. The defendant sent a text message image of a deceased female to the victim, which caused emotional distress to the victim and girlfriend. Subsequently, the defendant admitted to committing the alarming acts with the intent to harass, threaten and alarm the parties involved.

All contrary to the above statute provided herein:

The above allegations of fact are made by the Complainant herein upon information and belief, with the sources of the Complainant's information and the grounds for belief being the facts obtained during the course of a police investigation conducted by the New York State Police and a deposition provided by

### NOTICE
In a written instrument, any person who knowingly makes a false written statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under the penalty of perjury  
this 14th day of July, 2020.

COMPLAINANT - Investigator Andrew Palladino