Court Exhibit #1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/14/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :   CONSENT ORDERS OF
        -v.-                      :   PROTECTION
                                  :
DAVID KAUFMAN,                    :   20 Cr. 577 (NSR)
  a/k/a "David Khalifa,"          :
  a/k/a "John Morray,"            :
  a/k/a "Big Man,"                :
                                  :
        Defendant.                :
                                  :
- - - - - - - - - - - - - - - - - x

    WHEREAS, on or about October 26, 2020, DAVID KAUFMAN, a/k/a "David Khalifa," a/k/a "John Morray," a/k/a "Big Man" (the "defendant"), was charged in Indictment No. 20 Cr. 577 (NSR) (the "Indictment"), with transmitting interstate threats, in violation of 18 U.S.C. § 875 ("Count One"), and stalking, in violation of 18 U.S.C. § 2261A ("Count Two");

    WHEREAS, on or about December 15, 2021, the defendant pled guilty to Count Two of the Indictment, pursuant to a plea agreement with the Government (the "Plea Agreement"), in which the defendant agreed that

> the conditions of any term of supervised release imposed by the Court should include, and the defendant will not object to, the following terms of supervised release: (a) the defendant shall stay at least 100 yards away from the victims listed in Attachment A (the "Victims"); (b) the defendant shall stay at least 100 yards away from the home, school, business, and place of

employment of the Victims; (c) the defendant shall refrain from having any communication or any other contact, directly or through any other person, by mail, telephone, email, voicemail, social media, or any other means with the Victims; and (d) the defendant shall refrain from harassing, intimidating, threatening, or otherwise interfering with the Victims and members of the Victims' households[.]

(the "Orders of Protection") (Plea Agreement dated September 2, 2021, at 2);

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Jane Kim, of counsel, and the defendant, and his counsel, Michael Burke, Esq., that:

**The following terms of supervised release, among others, shall be imposed on the defendant:**

(a) the defendant shall stay at least 100 yards away from the victims listed in Attachment A (the "Victims");

(b) the defendant shall stay at least 100 yards away from the home, school, business, and place of employment of the Victims;

(c) the defendant shall refrain from having any communication or any other contact, directly or through any other person, by mail, telephone, email, voicemail, social media, or any other means with the Victims; and

(d) the defendant shall refrain from harassing, intimidating, threatening, or otherwise interfering with the Victims and members of the Victims' households.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: _____     4/14/22
    JANE KIM                            DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2038


DAVID KAUFMAN

By: _____     4/14/22
    DAVID KAUFMAN                       DATE
    Defendant

By: _____     4/14/22
    MICHAEL BURKE, ESQ.                 DATE
    Attorney for Defendant

SO ORDERED:

_____         4/14/22
HONORABLE NELSON S. ROMÁN              DATE
UNITED STATES DISTRICT JUDGE