

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 25, 2022

<u>**BY ECF**</u>
The Honorable Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re:    <u>United States</u> v. <u>David Kaufman</u>, 20 Cr. 577 (NSR)

Dear Judge Román:

    On April 14, 2022, the Court sentenced the defendant following his guilty plea to stalking in violation of a court order under 18 U.S.C. §§ 2261A and 2.  During the sentencing proceeding, the Court permitted the Government to confer with the defense and submit an amended order of protection including additional victims.  Enclosed, the Government respectfully submits: (1) an amended order of protection; and (2) an amended restitution order.  Both of the attached orders are submitted and signed jointly by the parties.  The Government respectfully requests that the Court issue the attached orders, the first of which shall be made a condition of the defendant's terms of supervised release.

               Respectfully submitted,

               DAMIAN WILLIAMS
               United States Attorney

        By:    <u>/s/                           </u>
               Jane Kim
               Assistant United States Attorney
               (212) 637-2038

cc:    Michael Burke, Esq. (by ECF)