MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :    REDACTED
                                  :    AMENDED CONSENT ORDER
            -v.-                  :    OF RESTITUTION
                                  :
DAVID KAUFMAN,                    :    20 Cr. 577 (NSR)
  a/k/a "David Khalifa,"          :
  a/k/a "John Morray,"            :
  a/k/a "Big Man,"                :
                                  :
            Defendant.            :
- - - - - - - - - - - - - - - - - x

WHEREAS, on or about October 26, 2020, DAVID KAUFMAN, a/k/a "David Khalifa," a/k/a "John Morray," a/k/a "Big Man" (the "defendant"), was charged in Indictment No. 20 Cr. 577 (NSR) (the "Indictment"), with transmitting interstate threats, in violation of 18 U.S.C. § 875 ("Count One"), and stalking, in violation of 18 U.S.C. § 2261A ("Count Two");

WHEREAS, on or about December 15, 2021, the defendant pled guilty to Count Two of the Indictment, pursuant to a plea agreement with the Government, wherein the defendant agreed to pay restitution in the amount of $1,404.40, as specified in the attached schedule;

WHEREAS, the defendant agrees to pay an additional $136.00 in restitution as specified in the attached schedule,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2022

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Jane Kim, of counsel, and the defendant, and his counsel, Michael Burke, Esq., that:

1. <u>Amount of Restitution</u>.  DAVID KAUFMAN, a/k/a "David Khalifa," a/k/a "John Morray," a/k/a "Big Man," the defendant, shall pay restitution in the total amount of $1,540.40 to the victims in this case, as set forth in the schedule attached: Upon advice of each victim's address or a change of address, the Clerk of the Court is authorized to send payments to the address without further order of this Court.

2.  The signature page of this Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

[PAGE INTENTIONALLY LEFT BLANK]

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By:   /s/ Jane Kim                                5/9/2022
      JANE KIM                                    DATE
      Assistant United States Attorney
      One St. Andrew's Plaza
      New York, NY 10007
      (212) 637-2038


DAVID KAUFMAN

By: _David Kaufman_____                 5/24/22
      DAVID KAUFMAN                               DATE
      Defendant

By: _Michael K Burke_____               5/24/22
      MICHAEL BURKE, ESQ.                         DATE
      Attorney for Defendant


SO ORDERED: _____                7/11/2022

HONORABLE NELSON S. ROMÁN                         DATE
UNITED STATES DISTRICT JUDGE

## SEALED

## SUBJECT TO THE PROTECTIVE ORDER OF NOVEMBER 18, 2020

## SCHEDULE OF VICTIMS

| Name | Amount of Restitution |
|---|---|
| ███████████ | ███████████ |
| Total | $1,540.40 |